Lauren A. Welling (SBN 291813)
lwelling@sssfirm.com
Sarah Kissel Meier (SBN 305315)
skmeier@sssfirm.com
**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Blvd. Suite 255
Beverly Hills, CA 90211
Telephone: (310) 341-2086
Fax: (310) 773-5573

*Attorneys for Plaintiff, John Roe PS 43*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE PS 43<br><br>             Plaintiff,<br><br>      vs.<br><br>DOE 1, a corporation; DOE 2, a corporation, DOE 3, and DOES 4 to 100, Inclusive,<br><br>             Defendants. | Case No. 2:24-cv-03084-TLN-CKD<br><br>**STIPULATION OF DISMISSAL [FRCP 41(a)]**<br><br>Assigned to: Chief District Judge Troy L. Nunley<br>Referred to: Magistrate Judge Carolyn K. Delaney |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JOHN ROE PS 43 and Defendants DOE 1 and DOE 2 hereby stipulate and agree that the above-captioned action be dismissed without prejudice as to all claims, causes of action, and all parties, with each party bearing its own attorney's fees and costs.

1
STIPULATION OF DISMISSAL [FRCP 41(A)]

| | | |
|---|---|---|
| Dated: July 24, 2025 | | SLATER SLATER SCHULMAN LLP |
| | By: | /s/ Lauren A. Welling |
| | | Lauren A. Welling [1] |
| | | Sarah Kissel Meier |
| | | Attorneys for Plaintiff John Roe PS 43 |
| | | |
| Dated: July 24, 2025 | | LATHAM & WATKINS LLP |
| | By: | /s/ Scott D. Joiner |
| | | Scott D. Joiner |
| | | Attorneys for Defendants DOE 1 and DOE 2 |

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2
STIPULATION OF DISMISSAL [FRCP 41(A)]